IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| JOSE BALLESTEROS, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| v. | |
| | Civil Action No. 10-cv-4788 |
| GLOBAL CREDIT & COLLECTION CORPORATION and EQUABLE ASCENT FINANCIAL, LLC, | Judge Lefkow |
| | Magistrate Judge Gilbert |
| Defendants. | |

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jose Ballesteros hereby dismisses Defendants Global Credit & Collection Corporation and Equable Ascent Financial, LLC, with prejudice and states the following in support:

1. Plaintiff filed his Complaint on July 30, 2010. (Docket # 1).

2. Neither Defendant has served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Jose Ballesteros hereby dismisses Defendants Global Credit & Collection Corporation and Equable Ascent Financial, LLC, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Facsimile)

ATTORNEYS FOR PLAINTIFF JOSE BALLESTEROS